# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

            Plaintiff,

vs.

APOLINAR GUTIERREZ-HERNANDEZ,

            Defendant.

CASE NO. 17CR3870-LAB

**JUDGMENT AND ORDER OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

\_\_\_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

_X_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

    8 USC 1326 - REMOVED ALIEN FOUND IN THE UNITED STATES

DATED: 03/28/2018

Hon. Larry Alan Burns
United States District Judge